JFM:dmc
File No. 1997A92918

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| Plaintiff | : | |
| v. | : | CRIMINAL NO. 96-CR-00293 |
| THOMAS GAVIN | : | |
| Defendant | : | |

**PRAECIPE TO SATISFY JUDGMENT**

TO THE CLERK
United States District Court
Eastern District of Pennsylvania

Please mark the above captioned judgment satisfied.

LAURIE MAGID
Acting United States Attorney

_/s/ Joseph F. Minni_
JOSEPH F. MINNI
Assistant United States Attorney
PA ID No. 53241

Date: 1/30/09